THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUST FAUCETTA, Appellant.— Defendant appeals from an order of the County Court, Nassau County, denying, after a hearing, his application in the nature of a writ of error *coram nobis* to vacate a judgment of said court, convicting him of robbery in the first degree on his plea of guilty, on the ground that he was not advised of his right to be represented by counsel. Order affirmed. No opinion. Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

MARIE B. QUINN, Respondent, v. JAMES J. QUINN, Appellant.— Defendant appeals from an order adjudging him to be guilty of contempt of court in failing to pay, pursuant to a judgment of separation, the sum of $1,250 due for support and counsel fees, and fining him that amount, to be paid in installments. Order modified by striking out of the third ordering paragraph the words "and 15th days" and "of $450". As so modified, order affirmed, without costs. Under the circumstances, defendant should be afforded the opportunity to purge himself of contempt by payments on account of $250 a month. MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur.

MARIE B. QUINN, Respondent, v. JAMES J. QUINN, Appellant.— On appeal from so much of a judgment granting plaintiff a separation as directs defendant to pay $10,800 a year for the support of plaintiff and their three children, judgment, insofar as appealed from, modified on the facts so as to reduce the amount awarded from $10,800 to $9,600, said reduction to take effect as of February 15, 1955, and as thus modified judgment unanimously affirmed, without costs. In the light of all the relevant facts the sum of $9,600 will be reasonable for the support of the wife and three children. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.

RUTH L. SULLIVAN, Respondent, v. WILLIAM J. SULLIVAN, Appellant.— In an action to set aside a separation agreement and for a judicial separation and other relief, defendant appeals from an order granting plaintiff's motion for alimony *pendente lite* and counsel fees. Order modified by striking therefrom everything following the words "and it hereby is" in the first ordering paragraph, and by adding thereto a provision that the motion be referred to the trial court for disposition. As so modified, order affirmed, without costs. Plaintiff is not entitled to the relief sought by this motion unless the question whether the separation agreement is valid and enforcible is first decided adversely to defendant. Such determination may not be made on the pleadings and conflicting affidavits herein and should, therefore, be left to the trial court. (*Reeve* v. *Reeve*, 279 App. Div. 618.) Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.